UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| KID DANGEROUS, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>PRECISION APPAREL MANUFACTURING LLC, a New York Limited Liability Company; Et Al.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-05074-SPG-JC<br><br>Hon. Sherilyn Peace Garnett, Courtroom 5C<br><br>**JUDGMENT**<br><br>Case filed: July 21, 2022 |

- 1 -
JUDGMENT

Pursuant to the Federal Rules of Civil Procedure, Rule 68, and the terms of the Offer of Compromise made and served by the defendant J & S Kidswear, Inc. and accepted by the plaintiff Kid Dangerous, LLC, Judgment is hereby entered in favor of Plaintiff and against J & S Kidswear, Inc. in the amount of $1,000.00, including attorney's fees and costs.

On entry of this Judgment, all claims of Plaintiff in the above action against J & S Kidswear, Inc. are hereby dismissed with prejudice.

Dated: October 11, 2022        By:_____
                                HON. SHERILYN PEACE GARNETT
                                UNITED STATES DISTRICT JUDGE