**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| KID DANGEROUS, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>PRECISION APPAREL MANUFACTURING LLC, a New York Limited Liability Company; et al.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-05074-SPG-JC<br><br>Hon. Sherilyn Peace Garnett, Courtroom 5C<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL AND DISMISSING ACTION WITH PREJUDICE**<br><br>Case filed: July 21, 2022<br>Scheduling Conf.: vacated [Dkt. No. 39] |

The Court has read and considered the Stipulation of Dismissal of plaintiff Kid Dangerous, LLC and defendant Precision Apparel Manufacturing LLC. The Court hereby APPROVES the Stipulation and ORDERS the above action dismissed with prejudice as to all claims and all parties, with each side to bear his, her, and its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: November 15, 2022

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE